

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00230-CV

**IN RE THE ESTATE OF** Imogene E. **BOHMFALK**, Deceased

From the County Court at Law, Medina County, Texas
Trial Court No. 8047
Honorable Vivian Torres, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant Beverly Lutz.

The motion to dismiss filed by appellee Ronald E. Bohmfalk on July 22, 2013 is DENIED AS MOOT.

SIGNED August 7, 2013.

_____
Rebeca C. Martinez, Justice